JOHN P. MYERS et al., as Executors of DAVID S. INGALLS, Deceased, Respondents, *v.* BRADLEY P. WHEELER et al., Impleaded with Others, Appellants.

*Myers* v. *Wheeler*, 24 App. Div. 327, affirmed.
(Argued December 13, 1899; decided January 9, 1900.)

APPEAL from· an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 16, 1898, reversing a judgment in favor of ·defendants, entered upon a decision of the court on trial at Special Term, and granting a new trial.

*Joel W. Russell* for appellants.

*John G. Milburn* for respondents.

Order affirmed on opinion below, and judgment absolute ordered for plaintiffs on the stipulation, with costs.
All concur.

---

ALICE MAUD BIDDISCOMBE, as Administratrix of WILLIAM BIDDISCOMBE, Deceased, Appellant, *v.* ALPIN J. CAMERON et al., · Respondents.

*Biddiscomb* v. *Cameron*, 35 App. Div. 561, affirmed.
(Argued December 14, 1899 ; decided January 9, 1900.)

APPEAL from an order and judgment of the Appellate Division of the Supreme Court in the first judicial department, entered respectively December 30, 1898, and January 10, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint at a Trial Term.

*John Brooks Leavitt* for appellant.

*Leo Everett* and *Henry Galbraith Ward* for respondents.

Order and judgment affirmed, with costs ; no opinion
All concur, except MARTIN, J., dissenting.